FILED

07 FEB 27 AM 8:45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual;<br><br>Plaintiffs,<br><br>v.<br><br>WORLD CLASS TRAVEL BY INVITATION; WORLD CLASS TRAVEL, INC d.b.a. WORLD CLASS TRAVEL BY INVITATION; CATEY'S BY THE SEA; CATHERINE MOORE d.b.a. CATEY'S BY THE SEA; CLONE DUPLICATE CENTER; RUFUS ABELSON d.b.a. CLONE DUPLICATE CENTER; YVONNE'S NAILS; DEL MAR TAILORING; THAM NGUYEN d.b.a. DEL MAR TAILORING; MARK C. LEVOE;<br><br>And **DOES 1 THROUGH 10**, Inclusive, Defendants. | Case No.: 06cv1929 JM POR<br><br>[~~PROPOSED~~] ORDER FOR JOINT MOTION OF DISMISSAL AND DISMISSAL WITH PREJUDICE OF DEFENDANTS DEBRA STORRS d.b.a. WORLD CLASS VACATIONS (erroneously sued herein as "WORLD CLASS TRAVEL BY INVITATION" and "WORLD CLASS TRAVEL, INC. d.b.a. WORLD CLASS TRAVEL BY INVITATION"), CATHERINE MOORE d.b.a. CATEY'S BY THE SEA, ABELSOHN INVESTMENTS, INC. d.b.a. CLONE DUPLICATE CENTER (erroneously sued herein as "CLONE DUPLICATE CENTER" and "RUFUS ABELSOHN d.b.a. CLONE DUPLICATE CENTER"), THUY THI TRAN d.b.a. YVONNE NAILS (erroneously sued herein as "YVONNE'S NAILS"), SUE LIHN GIN d.b.a. DEL MAR TAILORING (erroneously sued herein as "DEL MAR TAILORING" and "THAM NGUYEN d.b.a. DEL MAR TAILORING"), and MARK C. LEVOE and **PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

1          Case No. 06cv~~1832 H WMc~~ *1929 JM*

1  [PROPOSED] ORDER FOR JOINT MOTION OF DISMISSAL AND DISMISSAL WITH PREJUDICE OF DEFENDANTS DEBRA STORRS d.b.a. WORLD CLASS VACATIONS (erroneously sued herein as "WORLD CLASS TRAVEL BY INVITATION" and "WORLD CLASS TRAVEL, INC. d.b.a. WORLD CLASS TRAVEL BY INVITATION"), CATHERINE MOORE d.b.a. CATEY'S BY THE SEA, ABELSOHN INVESTMENTS, INC. d.b.a. CLONE DUPLICATE CENTER (erroneously sued herein as "CLONE DUPLICATE CENTER" and "RUFUS ABELSOHN d.b.a. CLONE DUPLICATE CENTER"), THUY THI TRAN d.b.a. YVONNE NAILS (erroneously sued herein as "YVONNE'S NAILS"), SUE LIHN GIN d.b.a. DEL MAR TAILORING (erroneously sued herein as "DEL MAR TAILORING" and "THAM NGUYEN d.b.a. DEL MAR TAILORING") FROM PLAINTIFFS' COMPLAINT and PLAINTIFFS COMPLAINT IN ITS ENTIRETY

IT IS HEREBY ORDERED that Defendants **DEBRA STORRS d.b.a. WORLD CLASS VACATIONS** (erroneously sued herein as "WORLD CLASS TRAVEL BY INVITATION" and "WORLD CLASS TRAVEL, INC. d.b.a. WORLD CLASS TRAVEL BY INVITATION"), **CATHERINE MOORE d.b.a. CATEY'S BY THE SEA, ABELSOHN INVESTMENTS, INC. d.b.a. CLONE DUPLICATE CENTER** (erroneously sued herein as "CLONE DUPLICATE CENTER" and "RUFUS ABELSOHN d.b.a. CLONE DUPLICATE CENTER"), **THUY THI TRAN d.b.a. YVONNE NAILS** (erroneously sued herein as "YVONNE'S NAILS"), **SUE LIHN GIN d.b.a. DEL MAR TAILORING** (erroneously sued herein as "DEL MAR TAILORING" and "THAM NGUYEN d.b.a. DEL MAR TAILORING"), and **MARK C. LEVOE** are dismissed with prejudice from Plaintiffs' Complaint, Case Number 06cv1929 JM POR and Plaintiffs' Complaint in its entirety.

IT IS SO ORDERED.

Dated: 2/26/07

_____
HONORABLE JEFFREY T. MILLER
U.S. DISTRICT COURT JUDGE